REC'D IN PRO SE OFFICE
JAN 28 '25 PM3:37

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HUA SU

ZHENYING HUANG

A    S

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _ _ _ _ _ _ _ _ _ _ _ _
*(to be filled in by the Clerk's Office)*

-against-

1、 NYPD  New York City Police Department  POLICE OFFICER SERGEANT **Stephen Ennis** , POLICE OFFICER **Nicholas A. Ortega,** POLICE OFFICER **Nadder A. Munassar,** POLICE OFFICER SERGEANT **Radoslaw Turowski** POLICE OFFICER"JOHN DOES"1-30(names and number of whom are unknow at present)

2、    NYC  Civilian Complaint Review Board

3、   NYC The Administration for Children's

4、   Emergency Department at NYU Langone

Jury Trial:    ☑ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only:* the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hua Su            *Zhenying Huang* |
| Street Address | 687 Annadale Rd Staten Island |
| City and County | New York   Richmond Country |
| State and Zip Code | 10312 |
| Telephone Number | 302-696-9318 |
| E-mail Address | Redsun8century@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Stephen Ennis** |
| Job or Title (if known) | Sergeant , Badge #1186 , Tax #XX4772 |
| **Street Address** | 9720 Foster Ave |
| City and County | NEW YORK CITY ,   Brooklyn |
| State and Zip Code | NEW YORK  11236 |
| Telephone Number | (718) 257-6211 |
| E-mail Address (if known) | |

2

Defendant No. 2

| | |
|---|---|
| Name | Nicholas A. Ortega |
| Job or Title (if known) | Police Officer, Badge #13565 , Tax #XX1589 |
| Street Address | 830 4th AVE |
| City and County | NEW YORK CITY ,  Brooklyn |
| State and Zip Code | NEW YORK  11220 |
| Telephone Number | (718) 965-6311 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Nadder A. Munassar |
| Job or Title (if known) | Police Officer ,,Badge #4980 Tax #XX1578 |
| Street Address | 830 4th AVE |
| City and County | NEW YORK CITY ,  Brooklyn |
| State and Zip Code | NEW YORK  11220 |
| Telephone Number | (718) 965-6311 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Radoslaw Turowski |
| Job or Title (if known) | Sergeant ,Badge #3139 , Tax #XX4380 |
| Street Address | |
| City and County | NEW YORK CITY |
| State and Zip Code | NEW YORK |
| Telephone Number | |
| E-mail Address (if known) | |

3

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply):*

☐    State or local officials (a § 1983 claim)

D    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Fourth Amendment  2. Eighth Amendment 3. Fourteenth Amendment  4. First Amendment (Freedom of

5. Sixth Amendment (Right to a Fair Trial)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Fourth Amendment (Prohibition Against Unlawful Search and Seizure)

The police unlawfully arrested plaintiff(zhenying huang) without probable cause.

They forcibly seized and discarded plaintiff's(hua su) phone, preventing me from making an emergency call.

4

2. Eighth Amendment (Prohibition Against Cruel and Unusual Punishment, Applicable During Detention)

• The police denied plaintiff(zhenying huang) necessary medical treatment, disregarding my need for surgery.

• Plaintiff(zhenying huang) was subjected to abuse during my detention, including being deprived of medical care for near 40 hours.

3. Fourteenth Amendment (Due Process & Equal Protection Clause Violations)

• Procedural Due Process: Plaintiff(zhenying huang) was wrongfully arrested, detained for an extended period, and charged with 11 counts of assault without due process.

• Substantive Due Process: The police and prosecutors failed to conduct a reasonable investigation and instead pursued a wrongful prosecution.

• Equal Protection Clause: If the police acted unfairly due to racial or identity-based bias, this constitutes a violation of my right to equal protection under the law.

4. First Amendment (Freedom of Speech & Retaliatory Arrest)

5. Sixth Amendment (Right to a Fair Trial)

• The police and prosecutors conspired to bring false charges against plaintiff(zhenying huang), depriving me of my right to a fair

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

612 57th St Brooklyn ,NY 11220

830 4th AVE Brooklyn NY11232

B.    What date and approximate time did the events giving rise to your claim(s) occur?

2023.10.27-2025.1.28

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. At 10 pm on October 27, 2023, multiple members of the LIAN family attempted to murder our unborn child and attacked our family in order to achieve their malicious purpose of deportation. Afterwards, we called 911 to call the police, but the officers from the NYPD 72nd Precinct refused to get out of their cars and go to the scene, which ultimately led to our daughter Rebecca Jesus' heartbeat stopping at the NYU emergency center on October 28, 2023. After learning the news, I complained to the NYPD Internal Affairs Department through 911 about the police violations that night. At the same time, we also requested to complain through the NYC Mayor's hotline through 311, and strongly requested the mayor's assistance.

2. The situation escalated and the persecution began. See attachment.

3.

4.

5

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Our baby Rebecca passed away

Left ear hearing loss(hua su)

Chokehold causing cervical spine injury(hua su)

Left hand finger fracture(hua su)

Physical and psychological  Trauma cause by the loss of my baby ,this tragedy has not only affected my physical health

but has also caused ongoing psychological distress, severely disrupting my daily life and family well-being

## V.    Relief

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1、Public Apology    (The New York Police Department (NYPD) should publicly apologize in major media outlets

The New York Times, The Washington Post, CNN), acknowledging their illegal law enforcement and malicious

prosecution in this case, and formally apologize to me and my family.

2、Expungement of Criminal Records

3、Government Assistance for baby's Burial

4、Public Trial & Evidence Disclosure to ensure transparency and public oversight of judicial fairness.

5、I request the court to order the NYPD to submit the original body camera footage

6、Monterary compensation

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6





New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:    NYC-COMPT-BLA-PI1-E

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:**  ⦿ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name:

First Name:

Relationship to the claimant:

**Attorney is filing.**  ○

**Attorney Information (If claimant is represented by attorney)**

+Firm or Last Name:

+Firm or First Name:

+Address:

Address 2:

+City:

+State:

+Zip Code:

Tax ID:

Phone #:

+Email Address:

+Retype Email Address:

## Claimant Information

| | |
|---|---|
| *Last Name: | SU |
| *First Name: | HUA |
| *Address: | 612 57TH ST 2FL,BROOKLYN |
| Address 2: | |
| *City: | NY |
| *State: | NEW YORK |
| *Zip Code: | 11220 |
| *Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | FZSUHUA@126.COM |
| *Retype Email Address: | FZSUHUA@126.COM |
| Occupation: | |

City Employee?  ○ Yes  ○ No  ○ NA

Gender  ⦿ Male  ○ Female  ○ Other

## The time and place where the claim arose

| | |
|---|---|
| *Date of Incident: | 10/27/2023 *Format: MM/DD/YYYY* |
| Time of Incident: | *Format: HH:MM AM/PM* |
| *Location of Incident: | 612 57TH ST 2FL,BROOKLYN |
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | |

*Denotes required fields.*
+*Denotes field that is required if attorney is filing.*
*A Claimant OR an Attorney Email Address is required.*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**\*Manner in which claim arose:**

AT 10 PM ON OCTOBER 27, 2023, MULTIPLE MEMBERS OF THE LIAN FAMILY ATTEMPTED TO MURDER OUR UNBORN CHILD AND ATTACKED OUR FAMILY IN ORDER TO ACHIEVE THEIR MALICIOUS PURPOSE OF DEPORTATION. AFTERWARDS, WE CALLED 911 TO CALL THE POLICE, BUT THE OFFICERS FROM THE NYPD 72ND PRECINCT REFUSED TO GET OUT OF THEIR CARS AND GO TO THE SCENE, WHICH ULTIMATELY LED TO OUR DAUGHTER REBECCA JESUS' HEARTBEAT STOPPING AT THE NYU EMERGENCY CENTER ON OCTOBER 28, 2023. AFTER LEARNING THE NEWS, I COMPLAINED TO THE NYPD INTERNAL AFFAIRS DEPARTMENT THROUGH 911 ABOUT THE POLICE VIOLATIONS THAT NIGHT. AT THE SAME TIME, WE ALSO REQUESTED TO COMPLAIN THROUGH THE NYC MAYOR'S HOTLINE THROUGH 311, AND STRONGLY REQUESTED THE MAYOR'S ASSISTANCE.

*\* Denotes required field.*



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**The items of damage or injuries claimed are (include dollar amounts):**

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## Medical Information

1st Treatment Date: _____ *Format: MM/DD/YYYY*

Hospital/Name: _____

Address: _____

Address 2: _____

City: _____

State: _____

Zip Code: _____

Date Treated in Emergency Room: _____ *Format: MM/DD/YYYY*

Was claimant taken to hospital by an ambulance?  ○ Yes  ○ No  ○ NA

## Employment Information (If claiming lost wages)

Employer's Name: _____

Address _____

Address 2: _____

City: _____

State: _____

Zip Code: _____

Work Days Lost: _____

Amount Earned Weekly: _____

## Treating Physician Information

Last Name: _____

First Name: _____

Address: _____

Address 2: _____

City: _____

State: _____

Zip Code: _____

## Witness 1 Information

Last Name: _____

First Name: _____

Address _____

Address 2: _____

City: _____

State: _____

Zip Code: _____   Phone: _____

## Witness 2 Information

Last Name: _____

First Name: _____

Address _____

Address 2: _____

City: _____

State: _____

Zip Code: _____   Phone: _____

## Witness 3 Information

Last Name: _____

First Name: _____

Address _____

Address 2: _____

City: _____

State: _____

Zip Code: _____   Phone: _____

## Witness 4 Information

Last Name: _____

First Name: _____

Address _____

Address 2: _____

City: _____

State: _____

Zip Code: _____   Phone: _____

 New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**
- ○ Driver
- ○ Passenger
- ○ Pedestrian
- ○ Bicyclist
- ○ Motorcyclist
- ○ Other

**Total Amount Claimed:** $190,000,000.00

*Format: Do not include "$" or ",".*

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address,City,State,Zip Code, and Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident (including State)*
*Manner in which claim arose*

*If attorney is filing, the following fields are also required:*
*Attorney Last Name, First Name, Address, City, State, Zip Code, Email*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

Form Version:    NYC-COMPT-BLA-PI1-E

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:**   ◉ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Relationship to the claimant: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | SU |
| *First Name: | HUA |
| *Address: | 612 57TH ST,BROOKLYN |
| Address 2: | |
| *City: | NY |
| *State: | NEW YORK |
| *Zip Code: | 11220 |
| *Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | FZSUHUA@126.COM |
| *Retype Email Address: | FZSUHUA@126.COM |
| Occupation: | |

City Employee?   ○ Yes   ○ No   ○ NA

Gender   ◉ Male   ○ Female   ○ Other

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| +Firm or Last Name: | |
| +Firm or First Name: | |
| +Address: | |
| Address 2: | |
| +City: | |
| +State: | |
| +Zip Code: | |
| Tax ID: | |
| Phone #: | |
| +Email Address: | |
| +Retype Email Address: | |

**The time and place where the claim arose**

| | |
|---|---|
| *Date of Incident: | 10/28/2023  Format: MM/DD/YYYY |
| Time of Incident: | Format: HH:MM AM/PM |
| *Location of Incident: | 612 57TH ST,BROOKLYN |

| | |
|---|---|
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | |

*** Denotes required fields.**
**+Denotes field that is required if attorney is filing.**
**A Claimant OR an Attorney Email Address is required.**

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**\*Manner in which claim arose:**

AT 19:00 IN THE EVENING ON OCT28,   OUR FAMILY WAS HAVING DINNER AND WAS ATTACKED AGAIN. MINAI LIAN FIRST KICKED ME IN THE LEG, AND THEN HER FATHER LIAN CAIDONG POISONED THE FOOD WE WERE EATING IN PERSON, AND THEN MINAI LIAN CALL THE POLICE, AND SOON A GROUP OF POLICEMEN RUSHED UP QUICKLY, A POLICE OFFICER SNATCHED AWAY AND HUNG UP THE MOBILE PHONE I WAS USING TO APPLY FOR EMERGENCY SERVICE, AND THEN DUMPED IT FAR AWAY. THEN THEY VIOLENTLY DRAGGED ME ALONG AND HURT ME TWICE. WITHOUT CHECKING THE CONDITION OF THE INJURY, THEY ALSO COOPERATED WITH THE EMERGENCY PERSONNEL TO FALSELY ACCUSE ME OF NOT BEING INJURED, AND ASKED ME TO CLIMB DOWNSTAIRS AND GO TO THE AMBULANCE BY MYSELF IF I WANTED TO GO TO THE HOSPITAL. THE PROCESS TURNED US FROM VICTIMS TO DEFENDANTS. WHEN MY WIFE ASKED TO SHOW THE LIVE VIDEO EVIDENCE, THE POLICE OFFICERS WERE INDIFFERENT AND DID NOT WATCH IT SERIOUSLY AT ALL. THEY THREATENED TO ARREST ME AND MALICIOUSLY ARRESTED MY WIFE. KNOWING THAT HER PHYSICAL CONDITION REQUIRED URGENT MEDICAL SURGERY, POLICE OFFICERS FROM THE 72ND PRECINCT DETAINED HER FOR AN EXTENDED PERIOD OF 40 HOURS. DURING THIS PERIOD, SHE WAS TORTURED AND IGNORED HER NEEDS FOR MEDICAL TREATMENT AND FOOD. SUCH A BAD RECORD！ THEY ALSO ASKED THE BROOKLYN DISTRICT ATTORNEY TO CHARGE HER WITH 10 COUNTS OF ASSAULT, INCLUDING CLASS A FELONY ASSAULT, WITHOUT CONDUCTING AN INVESTIGATION OR COLLECTING EVIDENCE.

1. WRONGFUL ARREST: ARRESTING A SUSPECT WITHOUT SUFFICIENT REASON; 2. MALICIOUS PROSECUTION: DELIBERATE INFRINGEMENT AND PROSECUTING THE DEFENDANT IN AN UNREASONABLE MANNER: 3. OVER-ENFORCEMENT: LAW ENFORCEMENT AGENCIES ACT WITHOUT JUSTIFICATION HARM CAUSED BY VIOLENT LAW ENFORCEMENT UNDER CIRCUMSTANCES: 4. MALICIOUS INDIFFERENCE: NEGLECTING THE MEDICAL NEEDS OF DETAINEES; 5. SUPERVISION RESPONSIBILITY: BEING SUBJECTED TO UNFAIR TREATMENT OR TORTURE BY SUPERVISORS DURING DETENTION

*\* Denotes required field.*



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The items of damage or injuries claimed are (include dollar amounts):**

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Medical Information**

1st Treatment Date: [          ] *Format: MM/DD/YYYY*

Hospital/Name: [          ]

Address: [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]

Date Treated in Emergency Room: [          ] *Format: MM/DD/YYYY*

Was claimant taken to hospital by an ambulance?    ○ Yes   ○ No   ○ NA

**Employment Information (If claiming lost wages)**

Employer's Name: [          ]

Address [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]

Work Days Lost: [          ]

Amount Earned Weekly: [          ]

**Treating Physician Information**

Last Name: [          ]

First Name: [          ]

Address: [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]

**Witness 1 Information**

Last Name: [          ]

First Name: [          ]

Address [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]   Phone: [          ]

**Witness 2 Information**

Last Name: [          ]

First Name: [          ]

Address [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]   Phone: [          ]

**Witness 3 Information**

Last Name: [          ]

First Name: [          ]

Address [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]   Phone: [          ]

**Witness 4 Information**

Last Name: [          ]

First Name: [          ]

Address [          ]

Address 2: [          ]

City: [          ]

State: [          ]

Zip Code: [          ]   Phone: [          ]



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Complete if claim involves a NYC vehicle**

### Owner of vehicle claimant was traveling in

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

### Insurance Information

Insurance Company Name:

Address

Address 2:

City:

State:

Zip Code:

Policy #:

Phone #:

**Description of claimant:**
- ◯ Driver
- ◯ Pedestrian
- ◯ Motorcyclist
- ◯ Passenger
- ◯ Bicyclist
- ◯ Other

### Non-City vehicle driver

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

### Non-City vehicle information

Make, Model, Year of Vehicle:

Plate #:

VIN #:

### City vehicle information

Plate #:

City Driver Last Name:

City Driver First Name:

---

**Total Amount Claimed:** $5,000,000.00

*Format: Do not include "$" or ",".*

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address,City,State,Zip Code, and Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident (including State)*
*Manner in which claim arose*

*If attorney is filing, the following fields are also required:*
*Attorney Last Name, First Name, Address, City, State, Zip Code, Email*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1 28 ,20 25

Signature of Plaintiff   Hua Su        Zhenying Huang

Printed Name of Plaintiff   Hua Su     Zhenying Huang

7