UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK




---

Hua Su, Zhenying Huang et al.,

Plaintiffs,

v.

City of New York, et al.,

Defendants.



RECEIVED
FEB 03 2026
PRO SE OFFICE

Case No.: 1:25-cv-00477-PK

---

**Plaintiffs' Motion to Supplement the Record and/or to Amend the Complaint During Discovery**

**Honorable Judge Peggy Kuo**:

PLEASE TAKE NOTICE that upon the annexed Declaration and exhibits, Plaintiffs respectfully move this Court for an Order permitting Plaintiffs to:

1. Supplement the record by filing omitted motions and documents directly with the Clerk of Court, or, in the alternative,

2. Amend the Complaint during the discovery phase to incorporate omitted materials and correct errors reflected in the Court's docket.

---

**PRELIMINARY STATEMENT**

This motion arises from errors and omissions in the Clerk of Court's record that have resulted in missing core evidence previously submitted by Plaintiffs. The motion seeks to ensure that the


RECEIVED

FEB 03 2026

PRO SE OFFICE

record accurately reflects all filings and to preserve Plaintiffs' right to a fair adjudication.

## FACTUAL BACKGROUND

1. On January 28, 2026, at 4:01 PM, Plaintiffs retrieved from the Clerk of Court the document titled "Eastern District of New York – LIVE Database 1.8 (Revision 1.8.4), Pages 1–8."

2. Upon review, Plaintiffs discovered that:

   o The document contains multiple textual errors;

   o Certain mailed submissions previously sent by Plaintiffs were not correctly recorded in the Court's database;

   o Several missing documents constitute core evidence essential to Plaintiffs' claims.

3. The omissions were not due to any fault or delay by Plaintiffs, but rather the result of clerical or system errors in the Court's recordkeeping process.

4. Without correction, these omissions risk:

   o Distorting the record;

   o Limiting the Court's ability to consider the case in full;

   o Prejudicing Plaintiffs in subsequent proceedings.

## ARGUMENT

### I. The Court has authority to permit supplementation of the record

Federal courts possess inherent authority to manage their dockets and may allow parties to supplement or correct the record when omissions or inaccuracies are identified.

Here, the omitted documents were already lawfully submitted and represent core evidence. Allowing Plaintiffs to supplement the record is both reasonable and necessary and does not unfairly prejudice the Defendants.

**II. Alternatively, the Court may allow Plaintiffs to amend the Complaint during discovery**

If the Court determines that supplementation is not appropriate at this stage, Plaintiffs respectfully request permission to amend the Complaint during the discovery phase pursuant to Federal Rule of Civil Procedure 15(a). Such amendment would:

- Incorporate facts reflected in the previously omitted documents;

- Correct inaccuracies resulting from clerical or system errors.

Rule 15(a) establishes that courts should freely permit amendments when justice so requires, which applies here.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant an Order:

1. Permitting Plaintiffs to supplement the record by filing the previously omitted motions and documents with the Clerk of Court;

or, in the alternative,

2. Permitting Plaintiffs to amend the Complaint during discovery to incorporate the omitted materials and correct record errors;

3. Granting any other relief the Court deems just and proper.

Respectfully submitted,

[Name]   *Hua Su      Zhenying Huang*
(on behalf of themselves and their minor child, A.S.)

[Email Address]   redsun8century@gmail.com

[ Phone Number]   8433014847

Dated: 2.3.2026

3